UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marceline Vossler, Arnold S. Vossler,

      Plaintiffs,                Civil No. 05-2610 (RHK/JSM)

vs.                       **DISQUALIFICATION AND**
                            **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge